IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 12 C 3019 |
| v. | ) | Magistrate Judge Finnegan |
| | ) | |
| HEALTHY ADVICE | ) | |
| COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF FINAL ACCOUNTING**

Plaintiff, Able Home Health, LLC, respectfully submits this supplemental memorandum in support of final accounting of the class action settlement with defendant Health Advice Communications, Inc.

On August 6, 2013, the Court held a hearing on the final accounting of the parties' class action settlement. Plaintiff's counsel reported that the *cy pres* check issued to the Cook County Bar Association Foundation in the amount of $692.34 had not been cashed as of August 6, 2013. On August 12, 2013, plaintiff's counsel received information from the Class Administrator, Class-settlement.com, that the *cy pres* check issued to the Cook County Bar Association Foundation in the amount of $692.34 had been cashed. (Appendix A, *Affidavit of Andrew Barnett*) The *Able v. Healthy Advice* settlement fund account is now closed.

Plaintiff submits that the Settlement Fund has been distributed to date in accordance with the parties' agreement and the Court's orders.

1

                                            Respectfully submitted,

                                            s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on August 20, 2013, I caused a true and accurate copy of the forgoing document to be served upon the parties listed below through the Court's CM/ECF system:

       Kevin M. Forde     kforde@fordeltd.com
       Michael K. Forde    mforde@fordeltd.com
       Melissa G. Lafferty  mlafferty@fordeltd.com
       Kevin R. Malloy     kmalloy@fordeltd.com

                                                                       s/ Heather Kolbus
                                                                        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)